UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

_____

| | |
|---|---|
| FREDERICK BANKS, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | Case No. CV-17-61-H-BMM |
| vs. | |
| KELLY FORBES, et al., | |
| Respondents. | |

_____

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

     Dated this 13th day of September, 2017.

                                   TYLER P. GILMAN, CLERK

                                   By: /s/ T. Gesh
                                   T. Gesh, Deputy Clerk